**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BARBARA C. DUNN                                                                                         PLAINTIFF

v.                                              No. 4:11CV00065 JLH

IOVATE HEALTH SCIENCES USA, INC.;
IOVATE HEALTH SCIENCES, INC.;
IOVATE HEALTH SCIENCES RESEARCH,
INC.; IOVATE COPYRIGHT, LTD.; IOVATE
HEALTH SCIENCES GROUP, INC.; IOVATE
HEALTH SCIENCES INTERNATIONAL, INC.;
IOVATE HC 2005 FORMULATIONS, LTD.;
MUSCLETECH RESEARCH & DEVELOPMENT,
INC.; and HDM FORMULATIONS, LTD.                                                         DEFENDANTS

**ORDER**

Before the Court are the motions for admission of attorney *pro hac vice* without local counsel filed by Stephen R. Hunt, Jr., Jon C. Conlin, and Annesley DeGaris.  The motions are GRANTED. Documents #2, #3, and #4.  Stephen R. Hunt, Jr., Jon C. Conlin, and Annesley DeGaris are hereby admitted *pro hac vice* for the purpose of representing the plaintiff in this action.  The requirement of Local Rule 83.5(d) that local counsel be designated is waived.

IT IS SO ORDERED this 18th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE